UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLY ANN JOHNSON,<br><br>        Plaintiff,<br><br>  v.<br><br>ALBERTSONS, LLC,<br><br>        Defendant. | Case No. 2:18-cv-001678<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Albertsons, LLC submits the following corporate disclosure:

Albertsons, LLC is a Delaware corporation. Albertsons, LLC is a wholly-owned subsidiary of Albertsons Holdings LLC, which is a wholly-owned subsidiary of AB Acquisition LLC, a privately-held company. No publicly-held corporation owns 10% or more of the stock of Albertsons, LLC.

DATED: November 20, 2018

LANE POWELL PC

By  *s/ D. Michael Reilly*
     D. Michael Reilly, WSBA No. 14674
     Krista N. Hardwick, WSBA No. 44959
     Email:  reillym@lanepowell.com
     hardwickk@lanepowell.com
Attorneys for Defendant Albertsons, LLC

CORPORATE DISCLOSURE STATEMENT - 1
CASE NO. 2:18-CV-001678

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

# **CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.  I hereby certify that the following document was sent to the following CM/ECF participant:

Ms. Susan B. Mindenbergs
Attorney at Law
705 2nd Avenue, Suite 1050
Seattle, WA 98104
(206) 447-1523
susanmm@msn.com

Mr. Jeffrey L. Needle
Attorney at Law
705 2nd Avenue, Suite 1050
Seattle, WA 98104
(206) 447-1523
jneedlel@wolfenet.com

Executed on the 20th day of November, 2018, at Seattle, Washington.

*s/ Shanynn Foster*
Shanynn Foster, Legal Assistant

CORPORATE DISCLOSURE STATEMENT - 2
CASE NO. 2:18-CV-001678

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107