HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KIMBERLY ANN JOHNSON,

    Plaintiff,

v.

ALBERTSONS, LLC,

    Defendant.

Case No. 2:18-CV-01678-RAJ

**JURY VERDICT FORM**

We the jury, being duly empanelled and sworn in the above-captioned case, find as follows:

DRAFT - 1

## A. TITLE VII

**QUESTION 1:** **Title VII Sex Discrimination.** Did Plaintiff prove by a preponderance of the evidence that Plaintiff's sex was a motivating factor for Defendant's decision to terminate her employment?

ANSWER: [ ] YES [✓] NO

- *Please proceed to Question 2*

**QUESTION 2:** **Title VII Retaliation.** Did Plaintiff prove by a preponderance of the evidence that Plaintiff complained about discrimination and that her complaint was a motivating factor for Defendant's decision to terminate her employment?

ANSWER: [✓] YES [ ] NO

- *Please proceed to Question 3*

## B. WASHINGTON LAW AGAINST DISCRIMINATION ("WLAD")

**QUESTION 3:** **WLAD Gender Discrimination.** Did Plaintiff prove by a preponderance of the evidence that Plaintiff's gender was a substantial factor for Defendant's decision to terminate her employment?

ANSWER: [ ] YES [✓] NO

- *Please proceed to Question 4*

**QUESTION 4:** **WLAD Retaliation.** Did Plaintiff prove by a preponderance of the evidence that Plaintiff complained about discrimination and that her complaint was a substantial factor for Defendant's decision to terminate her employment?

ANSWER: [✓] YES [ ] NO

DRAFT - 2

- *If you answered "no" to Questions 1, 2, 3, and 4, sign this verdict form and notify the bailiff. Answer no more questions.*

- *If you answered "yes" to any of Questions 1, 2, 3, or 4, proceed to Question 5*

C.   **DAMAGES**

QUESTION 5:   **Damages Amount.** What do you find to be the amount of damages sustained by Plaintiff, if any?

Past Economic Damages: $ 375,000

Future Economic Damages: $ 1,500,000

Non-Economic Damages: $ ~~1,000,000~~ 750,000

- *Please proceed to Question 6*

QUESTION 6:   **Mitigation.** Did Defendant prove that Plaintiff failed to mitigate her claimed damages, or that her claimed economic damages should be reduced by any amount earned in mitigation?

ANSWER: [ ] YES [✓] NO

If you answered "yes" by what amount is Plaintiff's amount of economic damages to be reduced for failure to mitigate damages?

$ _____

- *If you answered "Yes" to Questions 1 or 2, and you awarded damages in Question 5, please proceed to Question 7.*

QUESTION 7:   **Punitive Damages.** Do you find that punitive damages are appropriate?

ANSWER: [✓] YES [ ] NO

DRAFT - 3

If you answered "yes" what do you find to be the amount of punitive damages?

Punitive damages: $ 10,000,000

- *Sign this verdict form and notify the bailiff*

Signed and Dated this 6th day of March, 2020.

███████████
Presiding Juror

DRAFT - 4