1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KIMBERLY ANN JOHNSON,

                    Plaintiff,

    v.

ALBERTSONS, LLC,

                    Defendant.

Case No. 2:18-cv-01678-RAJ

**DECLARATION OF JEFFREY L. NEEDLE IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S PETITION FOR ATTORNEY FEES AND COSTS**

16

17

18

       Jeffrey L. Needle does hereby declare under penalty of perjury under the laws of the United States and the State of Washington that the following is true and correct and from my personal knowledge:

19

20

       1.  That I am attorney for Plaintiff in the above reference case.   I am competent to testify to the facts alleged herein and do so upon personal knowledge.

21

22

23

24

25

       2.  Since April 20, 2020, I have spent 25 hours working on Plaintiff's Petition for Attorney Fees and Costs, and a tax adjustment, and prejudgment interest.  These hours were not included in my first fee petition and should be compensated at the rate of $575 per hour.  These hours should not be included in my request for a multiplier.  Attached hereto as Exhibit 1 is a log of hours from April 20, 2020 to present.

26

DECLARATION OF JEFFREY L. NEEDLE IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TOPLAINTIFF'S PETITION FOR ATTORNEY FEES AND COSTS - 1
Case No. 2:18-cv-01678-RAJ

JEFFREY NEEDLE
ATTORNEY AT LAW
705 SECOND AVENUE, SUITE 1050
SEATTLE, WASHINGTON 98104
(206) 447-1560 fax (206) 447-1523

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3.  From March 7, 2020 through April 19, 2020 I logged 39 hours and 17 minutes, which were included in my original fee petition. Dkt. No. 110-1, Ex. B.  These hours should be compensated at the rate of $575 per hour but should not be included in my request for a multiplier.

4.  On January 11, 2020, Plaintiff demanded $1.78 million in full settlement of all claims. On May 23, 2019, the Defendant made an offer of judgment in the amount of $52,000 plus reasonable attorney fees and costs to the date of the offer.  Dkt. No. 110-1, Ex. A.  Shortly before trial, Sean Jackson, attorney for Albertsons, advised that the Defendant was willing to consider a settlement for a six figure amount.  We did not consider this settlement offer a substantial change from the Defendant's previous position.  At no time has Albertsons ever made an offer of settlement which remotely approached Plaintiff's demand made on January 11, 2020.

Respectfully submitted this 29th day of May 2020.

By: */s/ Jeffrey L. Needle*
Jeffrey L. Needle, WSBA No. 6345
Law Office of Jeffrey L. Needle
705 Second Avenue, Suite 1050
Seattle, WA 98104
Telephone: (206) 447-1560
Facsimile: (206) 447-1523
Email: jneedlel@wolfnet.com
*Attorney for Plaintiff*

DECLARATION OF JEFFREY L. NEEDLE IN SUPPORT
OF PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION
TOPLAINTIFF'S PETITION FOR ATTORNEY FEES
AND COSTS - 2
Case No. 2:18-cv-01678-RAJ

JEFFREY NEEDLE
ATTORNEY AT LAW
705 SECOND AVENUE, SUITE 1050
SEATTLE, WASHINGTON 98104
(206) 447-1560 fax (206) 447-1523

## CERTIFICATE OF SERVICE

I hereby certify and declare that on May 29, 2020, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which automatically generated an electronic notification of such filing to all parties in the case who are registered users of the CM/ECF system. I hereby certify that the foregoing document was sent to the following participants:

D. Michael Reilly, WSBA No. 14674
Sean D. Jackson, WSBA No. 33615   ☐ Legal Messenger
Beth G. Joffe, WSBA No. 42782   ☐ Facsimile
David G. Hosenpud, *pro hac vice*   ☐ Electronic Mail
LANE POWELL PC       ☐ U.S. First Class Mail
1420 Fifth Avenue, Suite 4200   ☐ eFiling/eService
P.O. Box 91302       ☒ CM/ECF
Seattle, WA 98111-9402
Telephone: (206) 223-7000
Facsimile: (206) 223-7107
Email: reillym@lanepowell.com
Email: jacksons@lanepowell.com
Email: joffeb@lanepowell.com
Email: hosenpudd@lanepowell.com
*Attorneys for Defendant*

The foregoing statement is made under the penalty of perjury under the laws of the United States of America and the State of Washington and is true and correct.

DATED this 29th day of May 2020.

By: */s/ Christine A. Thomas*
Christine A. Thomas, *Paralegal*
Law Office of Susan B. Mindenbergs
705 Second Avenue, Suite 1050
Seattle, WA 98104
Telephone: (206) 447-1560
Facsimile:  (206) 447-1523
Email: christine@sbmlaw.net

DECLARATION OF JEFFREY L. NEEDLE IN SUPPORT
OF PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION
TOPLAINTIFF'S PETITION FOR ATTORNEY FEES
AND COSTS - 3
Case No. 2:18-cv-01678-RAJ

JEFFREY NEEDLE
ATTORNEY AT LAW
705 SECOND AVENUE, SUITE 1050
SEATTLE, WASHINGTON 98104
(206) 447-1560 fax (206) 447-1523