# Declaration of Jeffrey L. Needle

# Exhibit 1

5:24 PM
05/27/20

# Jeffrey L Needle - timekeeping
# Time by Job Detail
### April 20 through May 27, 2020

| Date | Name | Duration | Notes |
|---|---|---|---|
| **Johnson, Kim** | | | |
| **Attorney Time** | | | |
| 4/20/2020 | Jeffrey Needle | 1:30 | Work on Fee Petition |
| 4/20/2020 | Jeffrey Needle | 0:30 | TC Susan Mindenbergs - Settlement, fee petition |
| 4/22/2020 | Jeffrey Needle | 4:15 | Work on Petition for Fees and Costs |
| 4/24/2020 | Jeffrey Needle | 0:15 | Email Vicky Vreeland - Fee Petition |
| 4/26/2020 | Jeffrey Needle | 0:30 | TC Vicky Vreeland |
| 4/27/2020 | Jeffrey Needle | 0:15 | TC Susan Mindenbergs - Motions for attorney fees and tax ... |
| 5/4/2020 | Jeffrey Needle | 2:00 | Review and revise Blaney Motion |
| 5/4/2020 | Jeffrey Needle | 0:30 | Email exchange with Vicky Vreeland - Attorney fee petition |
| 5/5/2020 | Jeffrey Needle | 0:15 | Email exchange Vicky Vreeland - Attorney fees and costs |
| 5/5/2020 | Jeffrey Needle | 0:30 | Review Torelli Report and Declaration - Tax Adjustment |
| 5/7/2020 | Jeffrey Needle | 1:45 | Revise Fee Petition and Declaration. |
| 5/11/2020 | Jeffrey Needle | 0:15 | Review Vreeland Declaration |
| 5/13/2020 | Jeffrey Needle | 0:45 | Review final Motion for tax adjustment and interest |
| 5/13/2020 | Jeffrey Needle | 0:15 | TC Mindenbergs - Petition for Fees and Blaney Motion |
| 5/15/2020 | Jeffrey Needle | 1:30 | Review and revise final Petition for Fee and Declaration. |
| 5/18/2020 | Jeffrey Needle | 2:30 | Research sdt opposing counsel fees |
| 5/26/2020 | Jeffrey Needle | 6:00 | Reply to Attorney Fees and Costs |
| 5/27/2020 | Jeffrey Needle | 1:30 | Work on Reply to Attorney Fee Petition |
| **Total Attorney Time** | | **25:00** | |
| Total Johnson, Kim | | 25:00 | |
| **TOTAL** | | **25:00** | |