The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLY ANN JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALBERTSONS, LLC,<br><br>　　　　　Defendant. | CV18-01678 RAJ<br><br>**ORDER** |

This matter is before the Court on Plaintiff's motion for reconsideration. Dkt. #135. The Court directs Defendant Albertsons, LLC to file a response to this motion by July 24, 2020.

The Court does not find that Plaintiff's request for a telephonic motion to obtain relief from the July 17, 2020 deadline constitutes an emergency, but in the interest of justice, the Court will postpone its decision on remittitur until after it receives a response on the motion for reconsideration. After the July 24, 2020 deadline for Defendant to file a response, the Court will provide a new deadline by which to render a decision.

DATED this 15th day of July, 2020.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1