THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLY ANN JOHNSON,<br><br>    Plaintiff,<br><br> v.<br><br>ALBERTSONS, LLC,<br><br>    Defendant. | No. 2:18-cv-001678-RAJ<br><br>**STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE** |

  It is hereby stipulated by and among Plaintiff and Defendant, through their respective counsel of record, that Plaintiff voluntarily dismisses her claims and causes of action in this matter with prejudice and without an award of attorney fees or costs to any party. The parties stipulate to entry of the Order of Dismissal with Prejudice included below.

  DATED:  February 24, 2021

| LAW OFFICE OF SUSAN B. MINDENBERGS | LANE POWELL PC |
|---|---|
| By */s/ Jeffrey Needle (approval via email)*<br> Susan B. Mindenbergs, WSBA No. 20545<br> Jeffrey L. Needle, WSBA No. 6346<br> 705 Second Avenue, Suite 1050<br> Seattle, WA 98104<br> Phone: 206-447-1560<br> susanmm@msn.com<br> jneedlel@wolfnet.com<br><br>Attorney for Plaintiff | By */s/ Sean D. Jackson*<br> D. Michael Reilly, WSBA No. 14674<br> Sean D. Jackson, WSBA No. 33615<br> 1420 Fifth Avenue, Suite 4200<br> Seattle, WA 98111-1302<br> reillym@lanepowell.com<br> jacksons@lanepowell.com<br><br>Attorney for Defendant |

STIPULATION FOR ORDER OF DISMISSAL - 1
NO. 2:18-CV-001678-RAJ

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

008501.0059/8364013.1

**ORDER OF DISMISSAL WITH PREJUDICE**

Based on the above stipulation of the parties, the Court hereby ORDERS that this action is hereby DISMISSED WITH PREJUDICE, including all of Plaintiff's claims and causes of action, without an award of attorney fees or costs to any party.

DATED this 25th day of February, 2021.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

STIPULATION FOR ORDER OF DISMISSAL - 2
NO. 2:18-CV-001678-RAJ

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

008501.0059/8364013.1